1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARIN D. GREENE,                          No.  2:12-cv-03115 DAD P

12                    Petitioner,

13          v.                                   ORDER

14    PEOPLE OF THE STATE OF
      CALIFORNIA, et al.,
15
                      Respondents.
16

17    _____

18          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19    corpus pursuant to 28 U.S.C. § 2254.[1]  Petitioner has not, however, filed an in forma pauperis

20    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

21    will be provided the opportunity to either submit the appropriate affidavit in support of a request

22    to proceed in forma pauperis or submit the appropriate filing fee.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24    /////

25    _____

26    [1] Petitioner's petition was originally filed in case file number 2:12-cv-01828 KJN P as an
      amended petition.  However, the petition was filed three months after the action had been
27    dismissed due to petitioner's failure to exhaust his claims in state court.  The Clerk of the Court
      was directed to open a new case, file the new petition in that case, and randomly assign a
28    Magistrate Judge to the new action.  (ECF No. 3.)

                                                  1

1          1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

2     support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

3     failure to comply with this order will result in the dismissal of this action; and

4          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

5     form used by this district.

6     Dated:  September 16, 2013

7

8                                            _____
                                             DALE A. DROZD
9     DAD:4                                  UNITED STATES MAGISTRATE JUDGE
      gree3115.101a
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2