UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN D. GREENE, | No. 2:12-cv-03115 DAD P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

    Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus. Petitioner has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c).  (See ECF No. 5.)

    By order filed September 17, 2013, petitioner was directed to file a new application to proceed in forma pauperis or the appropriate filing fee in connection with this habeas action within thirty days and was cautioned that his failure to do so would result in the dismissal of this action.  The thirty day period has now expired, and petitioner has not responded to the court's

/////

/////

/////

/////

1

1  order, has not filed a new application to proceed in forma pauperis or submitted the filing fee.

2  Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

3  Dated: October 30, 2013

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:4
   gree3115.fpf.hab